AMBROSE C. KINGSLAND, Respondent, *v.* LUCIUS E. CHITTENDEN et al., Appellants.

(Argued May 19, 1874; decided September term, 1874.)

THIS was an action of ejectment. Both parties claimed under deeds from one Jacob Storm. The boundary lines between them as given in the conveyances were as follows: " Thence south to the center of the mill creek or Pocantico river, thence easterly along the center of said creek or river to the present mill-dam at the center thereof, thence through the center of the mill-dam and the center of the mill-pond to the Highland turnpike road. The question was as to the line through the pond, whether it was a straight line through the center, as claimed by plaintiff, or a winding one following substantially the thread or channel of the creek, as claimed by defendants. *Held* (DWIGHT, C., dissenting), that the intent was to divide the surface waters of the pond by a straight line into two equal parts, as nearly as practicable.

(*French* v. *Carhart*, 1 N. Y., 102; *Allen* v. *Kingsborough*, 16 Pick., 238.)

*L. E. Chittenden* for the appellants.

*Samuel Hand* for the respondent.

REYNOLDS, C., reads for affirmance.
All concur; except DWIGHT, C., dissenting.
Judgment affirmed.